# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| ZIGUANG LI, | ) Case No. 1:24-mj-188 |
| | ) |
| | ) **UNDER SEAL** |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  03/31/2023 through 02/22/2024  in the city/county of  Loudon
in the  Eastern  District of  Virginia , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1956(h) | Conspiracy to Commit Concealment Money Laundering |

This criminal complaint is based on these facts:

SEE AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Kenneth R. Simon, Jr. Assistant U.S. Attorney
*Printed name and title*

*Complainant's signature*
Adam Cowan, Special Agent
U.S. Department of the Treasury (TIGTA)
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone  *(specify reliable electronic means)*.

Date: 05/15/2024

Digitally signed by Ivan Davis
Date: 2024.05.15 15:08:58 -04'00'
*Judge's signature*

City and state:  Alexandria, Virginia  Honorable Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*